**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | **CRIMINAL NO. 3:19-CR-26-S** |
| **LORENZO DAMOND DAVIS** | § | |

**REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**
**AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT**

Defendant **LORENZO DAMOND DAVIS** is charged in an amended petition with a violation of the terms of his supervised release. On this date, the United States magistrate judge conducted a revocation hearing. Defendant appeared in person and represented by counsel.

Based on Defendant's knowing and voluntary plea of true to the allegations in the amended petition and the evidence and arguments offered at the hearing, the undersigned magistrate judge recommends the United States District Judge find that Defendant violated the terms of his supervised release and revoke Defendant's term of supervised release

It is further recommended that the Court impose a sentence of an additional term of imprisonment 69 days, with credit for time served in federal custody pending revocation, and with no further term of supervised release to follow.

**SO RECOMMENDED** on May 27, 2026.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

In open court, the magistrate judge informed Defendant that any recommendation of revocation of supervised release, and the imposition of any sentence, is subject to the approval of the United States District Judge, and that Defendant may object to the magistrate judge's recommendation before any additional sentence is imposed.

I, Defendant **LORENZO DAMOND DAVIS** hereby
☒ waive my right to object to the report and recommendation of the magistrate judge and any right to allocution before the district judge before sentence is imposed.
☐ do NOT waive my right to object to the report and recommendation of the magistrate judge and understand that I have 14 days to file written objections.

5/27/26
Date

X Lorenzo Davis
Defendant

Defense Counsel

**Waiver Consented to by United States**

Assistant U.S. Attorney